United States Courts Southern
District of Texas
FILED

*5/6/2023*

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

**UNITED STATES OF AMERICA**

Vs.

**Eloy Arechiga Jr.**

**CRIMINAL COMPLAINT**

Case Number:  **C-23-0351M**

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.  On or about _____**May 5, 2023**_____ in _____**Brooks**_____ County, in the
(Date)

Southern District of Texas, defendant,       **Eloy Arechiga Jr.**

did knowingly or in a reckless disregard of the fact that an alien had come to, entered, or remained in the United States in violation of law, transport, or move or attempt to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law

in violation of Title _____**8**_____ United States Code, Section(s) _____**1324**_____ .
I further state that I am a(n) _____**Border Patrol Agent**_____ and that this complaint is based on the
Official Title
following facts:

See Attached Affidavit of U.S. Border Patrol Agent     **Vanessa Prado**

Continued on the attached sheet and made a part of this complaint:        [ X ] Yes      [ ] No

Signature of Complainant
**Vanessa Prado**
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on the:

_____May 6, 2023_____                    at            _____Corpus Christi, Texas_____
Date                                                              City and State

Mitchel Neurock **U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

**AFFIDAVIT**

The information contained in this report/affidavit is based upon my personal participation in the investigation, which included, but is not limited to information relayed to me by other agents and officers participating in the investigation.


**FACTS/DETAILS:**

On May 5, 2023, approximately 6:00 a.m., a 2017 Ford F150 entered the primary immigration inspection lane at the United States Border Patrol Checkpoint, near Falfurrias, Texas. The driver, later identified as Eloy Arechiga Jr., greeted the primary agent by last name. The primary agent noticed a hat on ARECHIGA's dashboard and began to ask about it. At this time, the primary agent noticed ARECHIGA began to avoid eye contact. The primary agent asked ARECHIGA for consent to X-Ray his vehicle. ARECHIGA responded by stating he was in a hurry and requested for the X-Ray to be conducted on Monday. Prior to the primary agent concluding the immigration inspection, ARECHIGA attempted to drive forward. The primary agent asked ARECHIGA for an identification card and ARECHIGA was able to provide a Texas Commercial Driver License Card. The primary agent noticed ARECHIGA had trouble producing his card and ARECHIGA's hand shaking. During this interaction, the primary agent was informed of the service canine alerting to ARECHIGA's vehicle. The primary agent asked ARECHIGA if he was a United States citizen and ARECHIGA stated, "Yes." The primary agent instructed ARECHIGA to park in the secondary inspection area due to the canine alert.

Once in the secondary inspection area, the canine handler and his service canine performed a systematic search of ARECHIGA's vehicle. During a search of the vehicle, two individuals were concealed in a toolbox which was in the bed of ARECHIGA's truck. This toolbox was locked, and a key was needed to open it. The two individuals were determined to be illegally present in the United States and citizens of Guatemala. The two individuals and ARECHIGA were placed under arrest and escorted into the checkpoint for processing.

**MIRANDA RIGHTS WARNING:**

All subjects were advised of their Miranda Rights in their respective languages.

**PRINCIPAL STATEMENT** (Eloy Arechiga Jr.):

ARECHIGA stated a friend, "El Monkey", asked him to transport illegal aliens to San Antonio, Texas. On Wednesday, the deal between himself and "El Monkey" was discussed in person at a Walmart parking lot located in Sharyland, Texas. ARECHIGA said he was going to get paid approximately $1,000 to smuggle these individuals. ARECHIGA stated the morning of this event (May 5th), he traveled to a Sam's parking lot located in Pharr, Texas and met with two unknown males. ARECHIGA said the two unknown males placed two individuals inside his toolbox. ARECHIGA stated the two unknown males left immediately after transferring the two individuals into ARECHIGA's toolbox. ARECHIGA said he then locked the toolbox and traveled north. ARECHIGA stated he only stopped once at the Loves Travel Center in order to make sure the toolbox was still secure.

**MAT-WIT STATEMENT:** (Juan Gomez-Marroquin):

GOMEZ stated he illegally crossed into the United States and was taken to an unknown house. GOMEZ stayed at this house for six days. GOMEZ was then moved to a second house and stayed there for two days. GOMEZ stated the driver of the truck he was arrested in arrived at the house and told them to get into the toolbox. GOMEZ stated the driver told them it would be a two-hour drive and to stay quiet. GOMEZ said his destination is New York but they were traveling to San Antonio at this time. GOMEZ stated they did not have any food or water inside the toolbox, and he feared for his life. GOMEZ was able to identify ARECHIGA in a photo lineup.

**MAT-WIT STATEMENT:** (Lester Galicia-Santiago):

GALICIA stated he illegally crossed into the Untied States approximately three days ago. GALICIA said after crossing he was taken to an unknown warehouse where he stayed for three days. GALICIA stated he departed the warehouse in the early morning hours and was taken to an unknown location. This location was approximately thirty minutes away from the warehouse. At this location, GALICIA was placed inside the toolbox by the driver of the truck. GALICIA was asked how he was sure this individual was the driver of the truck he was arrested in, and GALICIA said he arrived driving the truck. GALICIA said all the driver told them was, "Vamanos." GALICIA was able to identify ARECHIGA in a photo lineup.

**DISPOSITION:**

The facts of this case were presented to the Assistant United States Attorney's Office who accepted Eloy Arechiga Jr. for prosecution of 8 USC 1324, Alien Smuggling. Juan Gomez-Marroquin and Lester Galicia-Santiago will be held as material witnesses.

Vanessa M. Prado
Border Patrol Agent

Submitted by reliable electronic means, sworn to, signature
attested telephonically per Fed.R.Crim.P.4.1, and probable
cause found on this day May 6, 2023

Mitchel Neurock
United States Magistrate Judge